*Magoon & Edings*, for plaintiff.

*E. Johnson*, for defendant.

---

## PILIPO HAAE *v.* KULUWAIMAKA.

APPEAL FROM CIRCUIT COURT, THIRD CIRCUIT.

SUBMITTED JUNE 24, 1896.                    DECIDED JULY 9, 1896.

JUDD, C.J., FREAR AND WHITING, JJ.

There being no bill of exceptions, the motion to place the case upon the calendar for the purpose of dismissing the alleged appeal is allowed and the case ordered dismissed.

### OPINION OF THE COURT.

Judgment was ordered for the plaintiff at the April term, 1896, of the Circuit Court, Third Circuit, and defendant at that court moved for a new trial, which was refused, and de-

fendant excepted, but failed to embody his exceptions in any bill of exceptions. The clerk of the Circuit Court certified the record to this court improperly, as there was no bill of exceptions.

The plaintiff moved the case on the calendar for the purpose of moving the dismissal of the alleged appeal, and we now allow the motion and order the case dismissed, and the judgment of the Circuit Court stands.

*P. Neumann*, for plaintiff.

*J. K. Kaulia* and *J. M. Kaneakua*, for defendant.